IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CLAUDIO CASTRO | § | |
| VS. | § | CIVIL ACTION NO. 1:19cv339 |
| MICHAEL B. CROW | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Plaintiff Claudio Castro, proceeding *pro se*, filed this civil rights lawsuit. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The Magistrate Judge recommends that this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a) and Plaintiff's Request for a Voluntary Dismissal.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge (Docket #33) is **ADOPTED** as the opinion of the Court. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 21st day of October, 2021.**

Michael J. Truncale
United States District Judge